# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JORGE CERVANTES DIAZ, | NO. C09-1658-RSL |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| JANET NAPOLITANO, Secretary of the Department of Homeland Security, *et al*., | |
| Respondents. | |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondents' Return and Motion to Dismiss, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Respondents' motion to dismiss (Dkt. No. 11) is GRANTED, and this action is DISMISSED with prejudice; and

3. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 8th day of April, 2010.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1